(No. 4158.)

THE PEOPLE EX REL. THE COLORADO BAR ASSOCIATION V. ARNOLD MANNS.

ATTORNEYS AT LAW—DISBARMENT.

Where an attorney at law has been guilty of larceny of law books his name will be stricken from the roll of attorneys.

*Original Proceeding in Disbarment.*

Mr. D. M. CAMPBELL attorney general, Mr. CALVIN E. REED and Mr. DAN B. CAREY assistants attorney general, and Mr. HARRY C. DAVIS for the people.

No appearance for respondent.

CHIEF JUSTICE CAMPBELL delivered the opinion of the court.

The information charges that respondent, an attorney of this court, is guilty of gross professional malconduct consisting of larceny of law books. Citation to show cause why his name should no longer remain on the roll was served upon him, to which he has paid no attention, and has suffered default. The proof establishes the accusation.

The name of respondent should be stricken from the roll of attorneys, and the costs of this proceeding be taxed against him, and it is so ordered.